■ CHRISTINA LICCIONE, Respondent, v THOMAS GEARING, SR., et al., Defendants, and JUMPKING, INC., Appellant. (Appeal No. 2.) [675 NYS2d 728] —Order unanimously reversed on the law without costs, motion granted and complaint against defendant Jumpking, Inc., dismissed. Same Memorandum as in *Liccione v Gearing* (252 AD2d 958 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Ark, J.—Summary Judgment.) Present—Denman, P. J., Hayes, Pigott, Jr., Balio and Fallon, JJ.